

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-61,939-01 and WR-61,939-02

### IN RE DAVID DOW AND JEFFREY R. NEWBERRY

### ORDER TO APPEAR AND SHOW CAUSE FOR UNTIMELY FILED
### DOCUMENTS IN APPLICANT PAREDES'S CASE
### FROM CAUSE NO. 2000-CR-6067B
### IN THE 399TH JUDICIAL DISTRICT COURT
### BEXAR COUNTY

*Per curiam*.

## O R D E R

Applicant Miguel Angel Paredes was set for execution on Tuesday, October 28, 2014.

Counsel filed a subsequent application on applicant's behalf in the trial court at 1:46 p.m.,

October 21, 2014. Related to that subsequent application, applicant filed in this Court at

12:37 p.m. on October 21, 2014, a motion to stay his execution. He also filed in this Court

on October 21, 2014, a suggestion that we *sua sponte* reconsider our denial of relief in

applicant's initial writ, and a second motion to stay his execution. *See Ex parte Paredes*, No.

WR-61,939-01 (Tex. Crim. App. Aug. 31, 2005)(not designated for publication). Pursuant to our Miscellaneous Rule 11-003 setting out the requirements and possible consequences of filing pleadings within the seven days preceding an applicant's execution, counsel David Dow filed with the untimely pleadings two identical explanations for the untimely filings. Jeffrey Newberry neither signed Dow's explanations nor did he file his own explanations.

Before we take any action pursuant to Miscellaneous Rule 11-003, we want to hear from counsel in person. Therefore, we order both counsel to appear before this Court at 9:00 a.m. on Wednesday, January 14, 2015, to offer further explanation and address any questions propounded by the Court about the matter.

It is further ordered by this Court that the Clerk of this Court shall issue Notice to Appear and Show Cause commanding David Dow and Jeffrey R. Newberry to appear and show cause, in the manner and within the time specified in this order, why counsel should not be sanctioned by this Court for failing to adequately justify the untimely filings. A copy of this Order shall accompany the Notice.

IT IS SO ORDERED THIS THE 19th DAY OF NOVEMBER, 2014.

Do Not Publish